441 A.2d 792

Commonwealth v. Mathis, Jr., Appellant.

Argued May 1, 1981.  Denise L. Jones, submitted a brief on behalf of appellant;  Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, MONTGOMERY and HOFFMAN, JJ.

Judgment of sentence affirmed.